UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| CHARLES STERGIOS )<br>)<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendants )<br>)<br>) | Crim. No. 04-110-P-S<br>Civil No. 06-182-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 30, 2007, her Recommended Decision (Docket No. 17). Plaintiff Charles Stergios filed his Objection to the Recommended Decision (Docket No. 18) on April 9, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Defendant's Motion for Summary Dismissal of Plaintiff's §2255 Motion to Vacate, Set Aside, or Correct Sentence is **GRANTED**.

/s/George Z. Singal
George Z. Singal
Chief U.S. District Judge

Dated: May 8, 2007